UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ISAAC KOLONZIAA,
MICHELE MAY-JAVEED,

    Plaintiffs,

v.                                      3:24-cv-00230-SRU

ALLIED COMMUNITY RESOURCES,
INC., ALLIED COMMUNITY
SERVICES, INC., DEPARTMENT OF
SOCIAL SERVICES FOR THE STATE
OF CONNECTICUT,

    Defendants.

## JUDGMENT

This matter came on for consideration on defendants' motions to dismiss and motion for summary judgment before the Honorable Stefan R. Underhill, United States District Judge. As stated on the record at oral argument held on March 20, 2025, defendant DSS's motion to dismiss was granted, defendants Allied Resources and Allied Service's motion to dismiss was denied, and defendants Allied Resources and Allied Service's motion for summary judgment was taken under advisement. Following oral argument, and having considered the full record of the case, the Court entered a ruling on March 31, 2025, granting Allied Resources and Allied Service's motion for the reasons stated in the ruling. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of defendants, ALLIED COMMUNITY RESOURCES, INC. and ALLIED COMMUNITY SERVICES, INC., against the plaintiffs, ISAAC KOLONZIAA and MICHELE MAY-JAVEED, and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of April 2025.

                                                        DINAH MILTON KINNEY, Clerk

                                                        By:  /s/ Julia Reis
                                                        Deputy Clerk

EOD: 4/1/2025